# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **06-572M** |
| HONG VAN NGUYEN, | ) ) | |
| Defendant. | ) ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties stipulated that the detention in this matter should be governed by the Detention Order (dkt #40), issued by the Honorable Monica J. Benton, United States Magistrate Judge, in USA vs Nguyen, CR06-307 RSM, in which the defendant was ordered detained.

Dated this 3rd day of November , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**